**Friday, September 9, 1988**

## MOTION DOCKET

**85-1860.** State v. Jester. *Cuyahoga County,* No. 49065. Reported at 32 Ohio St. 3d 147, 512 N.E. 2d 962. On motion for stay. Motion denied.

Sweeney, Wright and H. Brown, JJ., would grant the stay for sixty days.

**86-1846.** State v. Hamblin. *Cuyahoga County,* No. 49975. Reported at 37 Ohio·St. 3d 153, 524 N.E. 2d 476. On motion for stay. Motion granted.

**Monday, September 12, 1988**

## MOTION DOCKET

**87-192.** State v. Coleman. *Hamilton County,* No. C-850340. Reported at 37 Ohio St. 3d 286, 525 N.E. 2d 792. On motion for stay. Motion granted.

**88-1464.** State, ex rel. Tollis, v. Eighth District Court of Appeals. On motion for alternative writ. Motion granted.

Holmes and Locher, JJ., not participating.

**Wednesday, September 14, 1988**

## MERIT DOCKET

**87-1900.** Barton v. Shupe. In Mandamus. Reported at 37 Ohio St. 3d 308, 525 N.E. 2d 812. On motion for contempt. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-631.** Pride v. Hale. In Mandamus. On motions to strike, motions to substitute evidence, motion to dismiss party and motion for attorney fees. Motions denied.

H. Brown, J., would grant the motions to substitute evidence.

*Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1333.** State, ex rel. Gregory, v. Tenth District Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1370.** State, ex rel. Broom, v. Fuerst. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1371.** State, ex rel. Sanders, v. Ninth District Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

## MOTION DOCKET

**88-1434.** Walden v. State. *Franklin County,* No. 87AP-1026. On motion to consolidate with 88-1440, *Walden v. State,* Franklin County No. 87AP-1026. Motion denied.

Moyer, C.J., Locher and Holmes, JJ., dissent.

**88-1435.** State v. Ellis. *Franklin County,* No. 87AP-1099. On motion for stay. Motion denied. On motion to consolidate with 88-1439, *Ellis* v. *State,* Franklin County, No. 87AP-1099. Motion denied.